SCOTT C. POWERS (10976)
SNOW CHRISTENSEN & MARTINEAU
10 Exchange Place, 11th Floor
Salt Lake City, Utah  84111
Telephone:  (801) 521-9000
scp@scmlaw.com
*Attorneys for Defendant*

| **IN THE UNITED STATES DISTRICT COURT**<br><br>**DISTRICT OF UTAH – CENTRAL DIVISION** | |
|---|---|
| MICHAEL LEHMAN,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | **MOTION FOR PRO HAC VICE ADMISSION AND CONSENT OF LOCAL COUNSEL**<br><br>2:18-cv-00292-RJS<br><br>District Judge Robert J. Shelby |

Pursuant to D.U. Civ Rule 83-1.1(d), I move the admission of Iwana Rademaekers as pro hac vice counsel for Defendant, Liberty Life Assurance Company of Boston and consent to serve as local counsel. The application for pro hac vice admission is attached as exhibit A to this motion, and the admission fee, if required, has been paid to the court with the submission of this motion.

DATED this 2nd day of May, 2018.

**SNOW CHRISTENSEN & MARTINEAU**

/s/ Scott C. Powers
SCOTT C. POWERS