# EXHIBIT A

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## APPLICATION FOR ADMISSION PRO HAC VICE

Name of Attorney: Iwana Rademaekers  Telephone: (214) 579-9319
Firm Name: Law Offices of Iwana Rademaekers, P.C.
Business Address: 14785 Preston Road, Suite 550
Dallas, Texas 75254

Current bar memberships and date of admission:

| Jurisdiction | Bar Number | |
|---|---|---|
| State Bar of Texas | 16452560 | Admitted on 05/06/1988 |
| Northern District of Texas | | Admitted on 11/07/1988 |
| Southern District of Texas | 22781 | Admitted on 09/11/1998 |
| CONTINUED ON ATTACHED | | Admitted on |

Have you ever been the subject of disciplinary action by any bar to which you have been admitted?
X No  ____Yes (provide additional information)

Prior pro hac vice admissions in the District of Utah: ____ none

Case Name: Mercedes Perez Olsen vs. Liberty Life Assurance Company of Boston
Case Number: :18-cv-00228-JNP
Admission Date: 4/9/2018
(SEE ATTACHED FOR ADDITIONAL CASES)
(Attach list of other cases separately if more space is needed.)

I certify that I am a member in good standing of all bars to which I have been admitted. This certification that the foregoing is true and correct is made under penalty of perjury.

[signature]
Signature

May 2, 2018
Date

Non resident United States attorneys and attorneys employed by agencies of the federal government are exempt from the pro hac vice fee. All other attorneys must pay a fee of $15.00 concurrent with this application. This application must be filed as an attachment to a motion for admission and consent filed by local counsel.

If you have not previously registered for CM/ECF in the District of Utah, please attach a completed Electronic Case Registration Form with this application to receive your login and password.

# BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| Courts of the State of Texas | Texas | 05/06/88 |
| Northern District of Texas | Texas | 11/07/88 |
| Southern District of Texas | Texas | 09/11/98 |
| Eastern District of Texas | Texas | 05/21/98 |
| Western District of Texas | Texas | 09/02/98 |
| Eastern/Western District of Arkansas | Arkansas | 05/22/98 |
| District of Colorado | Colorado | 01/14/02 |
| Western District of Oklahoma | Oklahoma | 08/13/2013 |
| Fourth Circuit Court of Appeals | West Virginia, Virginia, DC, Maryland, North Carolina, and South Carolina | 09/28/98 |
| Fifth Circuit Court of Appeals | Texas, Louisiana, and Mississippi | 08/19/02 |
| Eighth Circuit Court of Appeals | Arkansas, Iowa, Minnesota, Missouri, Nebraska, North Dakota, and South Dakota | 01/25/00 |
| Ninth Circuit Court of Appeals | Washington, Oregon, Idaho, Montana, California, Nevada, and Arizona | 08/27/14 |
| Tenth Circuit Court of Appeals | Oklahoma, Kansas, New Mexico, Colorado, Wyoming, Utah, and portions of the Yellowstone National Park extending into Montana and Idaho | 07/29/02 |
| Eleventh Circuit Court of Appeals | Alabama, Georgia and Florida | 02/06/2012 |

**PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT**

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| TEEN HELP, INC., dba BRIGHTWAY ADOLESCENT HOSPITAL, et al, Plaintiffs, vs. BATELLE PACIFIC NORTHWEST LABORATORIES, et al, Defendants. | 2:98 CV 0648 RNB | 02/15/00 |
| ANNETTE CHILD, Plaintiff, vs. LIBERTY LIFE ASSURANCE COMPANY OF BOSTON dba LIBERTY MUTUAL, et al, Defendants. | 2:04CV00148 TC | 03/17/04 |
| BRETT DOUGLAS ROBBINS, Plaintiff vs. LOWE'S COMPANIES INC., SYLVIA BOYER, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON – HEATHER CARIGNAN, Defendants. | 1:04CV00095 TC | 10/26/04 |
| DIANE B. GEHRKE, Plaintiff vs. DELL COMPUTER CORPORATION, DELL COMPUTER CORPORATION LONG TERM DISABILITY PLAN, and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, Defendants. | 1:06CV00033 TC | 04/17/06 |
| ANNETTE CHILDS, Plaintiff, vs. LIBERTY LIFE ASSURANCE COMPANY OF BOSTON dba LIBERTY MUTUAL, AMGEN, INC., and THE AMGEN, INC. GROUP DISABILITY INCOME PLAN, Defendants. | 2:06CV00499-TS | 07/25/06 |
| MURIEL S. DERR, Plaintiff, vs. MERVYN'S LLC, MERVYN'S LONG TERM GROUP DISBILITY INCOME POLICY, and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, Defendants. | 1:08CV00094 SA | 09/30/08 |
| RYAN P. FARNSWORTH, Plaintiff, vs. LIBERTY MUTUAL GROUP, INC., and LIBERTY MUTUAL SHORT-TERM DISABILITY PLAN, Defendants. | 2:08-CV-916-DN | 1/9/09 |
| SANDRA INGERSOLL, Plaintiff, vs. LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, Defendant. | 2:09cv00179 - DN | 2/27/09 |
| JUDY RONK, Plaintiff, vs. PARKER HANNIFIN CORPORATION'S LONG TERM DISABILITY PLAN, Defendant. | 1:09CV00114 SA | 1/20/10 |
| TERESA TORREZ, Plaintiff, vs. COMCAST CORPORATION, COMCAST CORPORATION GROUP DISABILITY PLAN, and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | 2:10-cv-683 CW | 8/25/10 |
| JUSTIN LEE HENRY, Plaintiff v. LIBERTY MUTUAL and/or LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and/or FEDEX FREIGHT WEST, INC. and/or FEDEX FREIGHT, INC., Defendants. | 2:10cv00688-TC | 10/08/10 |

| | | |
|---|---|---|
| RON CORNWELL, Plaintiff vs. LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; NUCOR CORPORATION; and NUCOR CORPORATION GROUP DISABILITY INCOME PLAN, Defendants. | 1:13-cv-00091-DN | 8/5/13 |
| AMBERLY HANSEN, Plaintiff, vs. LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, BAXTER HEALTHCARE CORPORATION, and BAXTER HEALTHCARE CORPORATION GROUP DISABILITY INCOME PLAN, Defendants. | 1:13cv00097-PMW | 8/12/13 |
| RUSSELL BUSHNELL, Plaintiff vs. LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, Defendant. | 2:13cv00663-EJF | 9/5/13 |
| SUE GILBERT, Plaintiff vs. LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, Defendant. | 1:13-cv-00146-TS | 11/26/13 |
| KAREN ADAMS, Plaintiff vs. LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, Defendant. | 2:14-cv-00457-PMW | 7/2/14 |
| ANGEL M. CASEY, Plaintiff vs. LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, Defendant. | 2:14-cv-00521-BCW | 7/15/14 |
| JUDY WOOLF, Plaintiff vs. LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; SHAELA K. WIGGINTON; and Jane Doe, Defendants. | 1:14-cv-00168-DBP | 12/17/14 |
| RUSSELL ROBERTSON, Plaintiff vs. LIBERTY LIFE ASSURANCE COMPANY OF BOSTON dba LIBERTY MUTUAL INSURANCE, Defendant | 2:16cv00173-DBP | 4/28/16 |
| LORI MORRISON, Plaintiff vs. LIBERTY MUTUAL INSURANCE, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, Defendants | 2:17cv00150-CW-BCW | 6/9/17 |
| TRACY WYATT, Plaintiff vs. LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | 2:17cv00714-BSJ | 9/1/2017 |
| DAVID HAUSER, Plaintiff vs. LIBERTY MUTUAL INSURANCE and SYMANTEC CORPORATION | 2:17cv00825-EJF | 9/12/17 |
| LANCE STROSSER vs. LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | 1:17cv00118-JNP-EJF | 9/7/17 |