SCOTT C. POWERS (10976)
SNOW CHRISTENSEN & MARTINEAU
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-9000
scp@scmlaw.com

IWANA RADEMAEKERS (*Motion Pro Hac Vice Pending)*
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Telephone: (214) 579-9319
iwana@rademaekerslaw.com

*Attorneys for Defendant*

| **IN THE UNITED STATES DISTRICT COURT**<br><br>**DISTRICT OF UTAH – CENTRAL DIVISION** | |
|---|---|
| MICHAEL LEHMAN,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | **DEFENDANT'S DISCLOSURE STATEMENT**<br><br>2:18-cv-00292-RJS<br><br>District Judge Robert J. Shelby |

Defendant Liberty Life Assurance Company of Boston files this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and shows the Court as follows:

1. All of the parent corporations of Liberty Life Assurance Company of Boston are:

   Liberty Mutual Holding Company Inc.
   LMHC Massachusetts Holdings Inc.
   Liberty Mutual Group Inc.

Liberty Mutual Insurance Company
Liberty Mutual Fire Insurance Company

2. No publicly held company owns 10 percent or more of the stock in Defendant Liberty Life Assurance Company of Boston.

DATED this 2nd day of May, 2018.

Respectfully submitted,

**SNOW CHRISTENSEN & MARTINEAU**

By: /s/ *Scott C. Powers*
SCOTT C. POWERS
*Counsel for Defendant*

Liberty Life's Address:
175 Berkeley Street, Mail Stop M06D
Boston, MA 02116