IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH,

CENTRAL DIVISION

| | |
|---|---|
| MICHAEL LEHMAN,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | **ORDER**<br><br>Case No. 2:18-cv-292<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Evelyn J. Furse |

It appearing to the court that Petitioner meets the pro hac vice admission requirements of D.U. Civ. R. 83-1.1(d), and good cause appearing, the motion for admission pro hac vice of Iwana Rademaekers, dkt. 6, in the United States District Court, District of Utah in the subject case is GRANTED.

SO ORDERED this 2nd day of May, 2017.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge