Andrew Reichardt, Utah Bar # 11343
Attorney for Michael Lehman
5330 South 900 East, Suite 115
Salt Lake City, UT 84117
(801) 261-3400
andrew@utdisability.com

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | | |
|---|---|---|
| MICHAEL LEHMAN, | § | |
| Plaintiff, | § | **ATTORNEY PLANNING MEETING REPORT** |
| v. | § | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | § | Civil Action No. 2:18-cv-00292-RJS-EJF |
| Defendant. | § | Magistrate Judge Evelyn J. Furse |

## ATTORNEYS' MEETING

On May 15, 2018, the parties held an attorneys' planning meeting at which time the parties agreed on a proposed schedule.

Plaintiff Michael Lehman was represented by Andrew Reichardt, and defendant Liberty Life Assurance Company of Boston was represented by Iwana Rademaekers of Law Offices of Iwana Rademaekers.

## SETTLEMENT AND MEDIATION

The parties believe that the possibility for settlement of this action cannot be determined at this stage. The parties also believe that mediation at this juncture would be premature; however, they will consider mediation at a future point.

## STIPULATED DISCLOSURES AND DISCOVERY PLAN

## I. DISCLOSURES/DISCOVERY:

The parties agree that this case is governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq.* ("ERISA"). Consequently, under ERISA, discovery for claims under § 1132(a)(1)(B) is generally limited to producing documents and information that comprise the administrative record, i.e., the plan, the policy, and the arguments and evidence before the plan fiduciary(ies) at the time the claims determination is made. Thus, the parties will exchange by **September 18, 2018** the information required by Rule 26(a) that fulfills this general requirement.

Pursuant to Fed. R. Civ. P. 5(b)(2)(D), the parties agree to receive all items required to be served under Fed.R.Civ.P. 5(a) by either (i) notice of electronic filing, or (ii) e-mail transmission. Such electronic service will constitute service and notice of entry as required by those rules. Any right to service by USPS mail is waived.

## II. OTHER ITEMS:

a. The parties _____ request ___X_____ do not request a conference with the court prior to entry of the scheduling order.

b. The cutoff dates for joining additional parties are:

Plaintiff(s) **October 9, 2018,**

Defendant(s) **October 23, 2018**.

c. The cutoff dates for amending pleadings are:

Plaintiff(s) **October 19, 2018,**

Defendant(s) **October 23, 2018**.

d. The cutoff date for filing dispositive or potentially dispositive motions is:

**December 12, 2018,** provided there are no outstanding discovery motions or

requests. If there are outstanding discovery motions or requests, dispositive motions will be due 45 days after discovery is completed as determined by the court.

## III. Trial:

Given that ERISA governs the disposition of this case, trial should be unnecessary for the final disposition of this case. In the event that a trial is needed, either party may bring a motion within 30 days after the ruling on any dispositive motions or within 30 days of the discovery cutoff, whichever is longer, requesting a trial and pretrial conference from the Court.

DATED this 15rd day of May, 2018.

/s/ _Andrew Reichardt_______
Andrew Reichardt,
*Attorney for Plaintiff*

DATED this 15th day of May, 2018.

/s/_Iwana Rademaekers
Iwana Rademaekers
*Attorney for Defendant*