Scott C. Powers (10976)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Salt Lake City, Utah 84111
PH: (801) 521-9000
FX: (801) 363-0400
Email: ds@scmlaw.com

Iwana Rademaekers
*Admitted Pro Hac Vice*
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456

ATTORNEYS FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL LEHMAN, | § | DEFENDANT'S SUPPLEMENTAL |
| | § | DISCLOSURE STATEMENT |
| Plaintiff | § | |
| | § | |
| vs. | § | 2:18-cv-00292-RJS-EJF |
| | § | |
| LIBERTY LIFE ASSURANCE | § | District Judge Robert J. Shelby |
| COMPANY OF BOSTON, | § | |
| | § | Magistrate Judge Evelyn J. Furse |
| Defendant. | § | |

Defendant Liberty Life Assurance Company of Boston files this Supplemental Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and shows the Court as follows:

1. **Liberty Life Assurance Company of Boston** is a wholly owned subsidiary of **The Lincoln National Life Insurance Company**, an Indiana insurance company.

2. The Lincoln National Life Insurance Company is a wholly owned subsidiary of Lincoln National Corporation, a publicly held corporation.

Dated the 21st day of May, 2018.

Respectfully submitted,

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
*Admitted Pro Hac Vice*

ATTORNEYS FOR DEFENDANT

Liberty Life's Address:
150 N. Radnor Chester Rd.
Radnor, PA 19087

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, District of Utah, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record:

Andrew Reichardt
E-mail: Andrew@utdisability.com

Dated: May 21, 2018

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.