**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | | |
|---|---|---|
| MICHAEL LEHMAN, | § | |
| Plaintiff, | § | **SCHEDULING ORDER** |
| v. | § | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | § | Civil Action No. 2:18-cv-00292-RJS-EJF |
| Defendant. | § | Magistrate Judge Evelyn J. Furse |

Pursuant to Fed.R. Civ P. 16(b), the Judge received the Attorneys' Planning Report filed by counsel. The following matters are scheduled. The times and deadlines set forth herein may not be modified without the approval of the Court.

IT IS ORDERED an Initial Pretrial Hearing is not necessary.

| | | | |
|---|---|---|---|
| **1.** | | **PRELIMINARY MATTERS** | **DATE** |
| | | Nature of claims and any affirmative defenses: | |
| | a. | Was Rule 26(f)(1) Conference held? | 05/15/2018 |
| | b. | Has Attorney Planning Meeting Form been submitted? | 05/17/2018 |
| | c. | Was 26(a)(1) initial disclosure completed? | 09/18/2018 |
| **2.** | | **DISCOVERY LIMITATIONS** | **NUMBER** |
| | a. | Maximum Number of Depositions by Plaintiff(s) | N/A |
| | b. | Maximum Number of Depositions by Defendant(s) | N/A |
| | c. | Maximum Number of Hours for Each Deposition (unless extended by agreement of parties) | N/A |
| | d. | Maximum Interrogatories by any Party to any Party | N/A |
| | e. | Maximum requests for admissions by any Party to any Party | N/A |
| | f. | Maximum requests for production by any Party to any | N/A |

Party

g. Discovery of electronically stored information should be handled as follows:

h. Claim of privilege or protection as trial preparation material asserted after production shall be handled as follows: *Include provisions of agreement to obtain the benefit of Fed. R. Evid. 502(d).*

| | | | |
|---|---|---|---|
| **3.** | **AMENDMENT OF PLEADINGS/ADDING PARTIES[1]** | | **DATE** |
| a. | Last Day to File Motion to Amend Pleadings | Plaintiff | 10/09/2018 |
| | | Defendant | 10/23/2018 |
| b. | Last Day to File Motion to Add Parties | Plaintiff | 10/09/2018 |
| | | Defendant | 10/23/2018 |
| **4.** | **RULE 26(a)(2) REPORTS FROM EXPERTS[2]** | | **DATE** |
| a. | Plaintiff | | N/A |
| b. | Defendant | | N/A |
| c. | Counter reports | | N/A |
| **5.** | **OTHER DEADLINES** | | **DATE** |
| a. | Discovery to be completed by: | | |
| | Fact discovery | | N/A |
| | Expert discovery | | N/A |
| b. | *(optional)* Final date for supplementation of disclosures and discovery under Rule 26 (e) | | |
| c. | Deadline for filing dispositive or potentially dispositive motions | Plaintiff | 12/12/2018 |
| | | Defendant | 12/12/2018 |
| | | Plaintiff's Response | 01/16/2019 |
| | | Defendant's Response | 01/16/2019 |
| d. | Deadline for filing a request for a scheduling conference with the district judge for the purpose of setting a trial date if no dispositive motions are filed. | | 12/19/2018 |

| 6. | **SETTLEMENT/ALTERNATIVE DISPUTE RESOLUTION** | | **DATE** |
|---|---|---|---|
| a. | Referral to Court-Annexed Mediation: | *Yes/No* | No |
| b. | Referral to Court-Annexed Arbitration | *Yes/No* | No |
| c. | Evaluate case for Settlement/ADR on | | |
| d. | Settlement probability: | | Cannot be determined at this time |

**7. TRIAL AND PREPARATION FOR TRIAL**

Given that ERISA governs the disposition of this case, trial should be unnecessary for the final disposition of this case. In the event that a trial is needed, either party may bring a motion within 30 days after the ruling on any dispositive motions or within 30 days of the discovery cutoff, whichever is longer, requesting a trial and pretrial conference from the Court.

Signed June 6, 2018

BY THE COURT:

Evelyn J. Furse
U.S. Magistrate Judge

---

[1] Counsel must still comply with the requirements of Fed. R. Civ. P. 15(a).

[2] A party shall disclose the identity of each testifying expert and the subject of each such expert's testimony at least 60 days before the deadline for expert reports from that party. This disclosure shall be made even if the testifying expert is an employee from whom a report is not required.