Scott C. Powers (10976)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Salt Lake City, Utah 84111
PH: (801) 521-9000
FX: (801) 363-0400
Email: scp@scmlaw.com

Iwana Rademaekers
*Admitted Pro Hac Vice*
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| MICHAEL LEHMAN, | § | JOINT NOTICE OF SETTLEMENT |
| Plaintiff | § | |
| | § | 2:18-cv-00292-RJS-EJF |
| vs. | § | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | § | District Judge Robert J. Shelby |
| Defendant. | § | Magistrate Judge Evelyn J. Furse |

Plaintiff Michael Lehman and Defendant Liberty Life Assurance Company of Boston hereby give notice that this case has settled. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Respectfully submitted,

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

/s/ Iwana Rademaekers
Iwana Rademaekers (*Admitted Pro Hac Vice*)

ATTORNEY FOR DEFENDANT

- *And* -

/s/ Andrew Reichardt (by permission)

Andrew Reichardt, Utah Bar # 11343
THE LAW OFFICE OF ANDREW REICHARDT, PLLC
5330 South 900 East, #115
Salt Lake City, UT 84117
PH: (801) 261 – 3400
FX: (801) 861 – 3535
E-mail: andrew@utdisability.com

ATTORNEY FOR PLAINTIFF