**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| MICHAEL LEHMAN,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | **ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Case No.: 2:18-cv-292<br><br>Chief Judge Robert J. Shelby |

Based on the parties' Stipulation of Dismissal[1] and good cause appearing therefore, it is hereby ordered that this action is dismissed with prejudice, with all costs taxed against the party that incurred them.

**SO ORDERED** this 28th day of December, 2018.

BY THE COURT

ROBERT J. SHELBY
United States Chief District Judge

[1] Dkt. 16.